# United States District Court
## Violation Notice

Violation Number: **F 4941349**
Officer Name (Print): **BROCKWAY**
Officer No.: **344457**

HW37

F4941349

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **Sept 25, 2016 13:15**
Offense Charged: **aFR 261.52a**

Place of Offense: **LAKE DOROTHY / MID-LAKE**

Offense Description: **· Building, Maintaining, Attending OR USING A Fire, CAMPFIRE OR STOVE FIRE.**

### DEFENDANT INFORMATION

Last Name: **DAVIS**
First Name: **Scott**
M.I.: **B**

Tag No.: **26BSD**
State: **WA**
Year: **98**
Make: **CHEV**
Type: **P.U.**
Color:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ **106.00** Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ **130.00** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature **SERVED**

Original - CVB Copy
Previous edition is obsolete
FS-5300-4 (2/2016)

CVB SCAN NOV 01, 2016 14:53

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on __25 Sept.__, 2016__ while exercising my duties as a Forest Protection Officer in the __Skykomish__ District of __MBS,__

that at 1315 on September 25, 2016 while on patrol at Lake Dorothy I observed and inspected an unattended and still warm campfire, with no fire ring, near mid lake. I verified that the campfire was out and waited for the return of the campers. Upon the return of the campers I instructed them on the procedure to put out a campfire and restore the scar/ring, then verified that the campfire was cold out and the site restored. A valid special order prohibiting campfires within ½ mile of Lake Dorothy was in effect and the closure was clearly posted. Pursuant to the special order a citation for CFR 261.52a was issued to Scott Davis, one of the campers.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __September 30, 2016__
Date                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date                    U.S. Magistrate Judge

CVB SCAN NOV 01, 2016 14:53